UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Scott Hutchison,                          Case No. 3:12cv00320

            Plaintiff

      v.                                  ORDER

John R. Parent, et al.,

            Defendants

Defendant John R. Parent has moved the Court for an order staying execution of judgment in this case and setting an attendant supersedeas bond pursuant to Fed.R.Civ.P. 62(b). (Doc. 213). While Plaintiff Scott Hutchison does not oppose my granting of the request for stay, he does take issue with the amount of the bond proposed by Defendant. (Doc. 216).

On April 28, 2015, I entered judgment in favor of Plaintiff and against Defendant in the amount of $2,124,000.00, (Doc. 210), consistent with the jury's verdicts. Since entry of judgment, Plaintiff has requested award of attorney fees totaling approximately $322,000.00. (Docs. 211, 219). Both parties agree any bond calculation should include post-judgment interest under Ohio law, currently three percent per annum. The parties disagree, however, on the appropriateness of pre-judgment interest. Plaintiff requests an additional $91,000.00 be added to the bond in pre-judgment interest.

I make no determination at this time on the appropriateness of Plaintiff's claim for pre-judgment interest, although I will protect his potential to do so.

Having considered the arguments of counsel and figures provided in this case, I hereby grant Defendant's request and stay execution of final judgment in this case, upon perfection of the posting of a supersedeas bond in the amount of Two Million Seven Hundred Thousand Dollars ($2,700,000.00).

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge